UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO PEREZ, JR., | NO. EDCV 14-1111-SVW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| S. SHERMAN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 11, 2016

_____
STEPHEN V. WILSON
United States District Judge